IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
        Plaintiff, )
 )
    v. )           CIVIL ACTION NO.
 )                 1:06-CV-2292 - CAP
TED'S MONTANA GRILL, INC., )
 )
        Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the plaintiff and the defendant, and pursuant to Federal Rule of Civil Procedure 41(a), hereby dismiss the above-styled action with prejudice. The parties shall bear their own costs, attorneys' fees and expenses of litigation. The parties further acknowledge that this Stipulation is entered into by defendant without the payment of any amount in settlement and without any admission of liability.

This 10th day of October, 2007.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

s/ Robert F. Dawkins
Ga. Bar No. 076206

100 Alabama Street, S.W., Suite 4R30
Atlanta, Georgia  30303
404.562.6812/404.562.6905 FAX

Attorneys for Plaintiff

SHEA STOKES, ALC

s/ John R. Hunt
Georgia Bar No. 378530

3593 Hemphill Street
College Park, GA 30337
404.766.0076/404.766.8823 FAX

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

EQUAL EMPLOYMENT OPPORTUNITY     )
COMMISSION,                      )
                                 )
        Plaintiff,               )
                                 )
    v.                           )        Civil Action No.
                                 )        1:06-CV-2292 - CAP
                                 )
TED'S MONTANA GRILL, INC.,       )
                                 )
        Defendant.               )

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Consent Motion to Extend Discovery with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

    Robert K. Dawkins, Esq.
    Equal Employment Opportunity Commission
    100 Alabama St.
    Suite R430
    Atlanta, GA   30303


This 10th day of October, 2007.


                                    s/s John R.   Hunt